Exhibit B



**M**ANER
**C**RUMLY
**C**HAMBLISS

J. WILLIAM FAWCETT
WFAWCETT@MANERCC.COM
TELEPHONE: 678.819.8339
FACSIMILIE: 404.935.5203

September 10, 2014

*Via FedEx (Overnight Delivery)*
Extar L.L.C.
Attn: Bryan Zeman
4093 Blackhill Bay
Lake Havasu City, AZ 86406

Re:   EXTAR EXP-556 Lightweight Pistol

Dear Mr. Zeman:

This law firm represents Swetal Patel. We are writing to notify you that EXTAR L.L.C. is unlawfully infringing upon our client's patent No. 8,661, 963 B2. Mr. Patel is the owner of the attached patent. Under United States patent law Mr. Patel's patent has been in effect December 2011. Accordingly, you are hereby directed to cease and desist all Patent Infringement.

It has come to our attention that EXTAR L.L.C. EXP-556 Lightweight Pistol has incorporated several features that are claimed by my client's patent. Specifically EXTAR L.L.C. failed to obtain the rights to use these patented features for its bolt carrier prior to producing and selling its EXP-556 Lightweight Pistols, which utilizes these patented features. We have purchased an EXP-556 Lightweight Pistol with the infringing components to preserve for evidence, if necessary. EXTAR L.L.C.'s actions constitute patent infringement in violation of United States patent laws.

We demand that you immediately (A) cease and desist your unlawful usage of the patented features in the attached patent and (B) provide us with prompt written assurance within ten (10) days that you will cease and desist from further infringement of Mr. Patel's patent.

If you do not comply with this cease and desist demand within this time period Mr. Patel is entitled to use your failure to comply as evidence of willful infringement. In the event you fail to meet this demand, please be advised that Mr. Patel has asked us to communicate to you that it will contemplate pursuing all available legal remedies, including seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees.

However, before taking these steps my client wished to give you one opportunity to discontinue your illegal conduct by complying with this demand within ten (10) days. If you have any questions or concerns, feel free to contact me at your convenience.

MANER CRUMLY CHAMBLISS LLP
A LIMITED LIABILITY PARTNERSHIP COMPRISED OF
PROFESSIONAL CORPORATIONS

VININGS SQUARE, SUITE B-101
2900 PACES FERRY ROAD
ATLANTA, GEORGIA 30339
WWW.MANERCC.COM

September 10, 2014  
Page 2

**J. William Fawcett**  
WFawcett@ManerCC.com

I trust this matter will receive your prompt attention.

Sincerely,

*[signature]*

J. William Fawcett

**Maner Crumly Chambliss** LLP  
A Limited Liability Partnership Comprised of  
Professional Corporations

Vinings Square, Suite B-101  
2900 Paces Ferry Road  
Atlanta, Georgia 30339  
www.ManerCC.com



J. WILLIAM FAWCETT
WFAWCETT@MANERCC.COM
TELEPHONE: 678.819.8339
FACSIMILIE: 404.935.5203

September 10, 2014

*Via FedEx (Overnight Delivery)*
Extar L.L.C.
Attn: Bryan Zeman
1070 Metric Drive
Lake Havasu City, AZ 86403

Re:   EXTAR EXP-556 Lightweight Pistol

Dear Mr. Zeman:

This law firm represents Swetal Patel. We are writing to notify you that EXTAR L.L.C. is unlawfully infringing upon our client's patent No. 8,661,963 B2. Mr. Patel is the owner of the attached patent. Under United States patent law Mr. Patel's patent has been in effect December 2011. Accordingly, you are hereby directed to cease and desist all Patent Infringement.

It has come to our attention that EXTAR L.L.C. EXP-556 Lightweight Pistol has incorporated several features that are claimed by my client's patent. Specifically EXTAR L.L.C. failed to obtain the rights to use these patented features for its bolt carrier prior to producing and selling its EXP-556 Lightweight Pistols, which utilizes these patented features. We have purchased an EXP-556 Lightweight Pistol with the infringing components to preserve for evidence, if necessary. EXTAR L.L.C.'s actions constitute patent infringement in violation of United States patent laws.

We demand that you immediately (A) cease and desist your unlawful usage of the patented features in the attached patent and (B) provide us with prompt written assurance within ten (10) days that you will cease and desist from further infringement of Mr. Patel's patent.

If you do not comply with this cease and desist demand within this time period Mr. Patel is entitled to use your failure to comply as evidence of willful infringement. In the event you fail to meet this demand, please be advised that Mr. Patel has asked us to communicate to you that it will contemplate pursuing all available legal remedies, including seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees.

However, before taking these steps my client wished to give you one opportunity to discontinue your illegal conduct by complying with this demand within ten (10) days. If you have any questions or concerns, feel free to contact me at your convenience.

MANER CRUMLY CHAMBLISS LLP
A LIMITED LIABILITY PARTNERSHIP COMPRISED OF
PROFESSIONAL CORPORATIONS

VININGS SQUARE, SUITE B-101
2900 PACES FERRY ROAD
ATLANTA, GEORGIA 30339
WWW.MANERCC.COM

September 10, 2014
Page 2

J. WILLIAM FAWCETT
WFAWCETT@MANERCC.COM

I trust this matter will receive your prompt attention.

Sincerely,

*[signature]*

J. William Fawcett

MANER CRUMLY CHAMBLISS LLP
A LIMITED LIABILITY PARTNERSHIP COMPRISED OF
PROFESSIONAL CORPORATIONS

VININGS SQUARE, SUITE B-101
2900 PACES FERRY ROAD
ATLANTA, GEORGIA 30339
WWW.MANERCC.COM