Exhibit #



### Specifications

- MFG – EXTAR
- Model - EXP-556
- Type – Semi Automatic Gas Operated Pistol
- Caliber - .223 / 5.56 NATO
- Magazine – Standard MILSPEC AR-15 Magazine
- Weight (Unloaded) – 2.98 Lbs (48 Oz)
- Weight (Loaded W/ 30 Rd AR-15 Mag) – 4.06 Lbs (65 Oz)
- Overall Length – 18" (45.72 Cm)
- Barrel Length – 8.25" (20.96 Cm)
- Barrel Length Including Muzzle Device – 9.25" (23.50 Cm)
- Barrel Twist – 1:9 Standard ½-28 Threaded Barrel With Included Recoil Reducing Muzzle Brake
- Width – 2.25"
- Fixed Sights -- Sight Radius Of 12.38" (31.43 Cm)
- Pistol Grip Screw – 3/16" Standard Hex Head

### Features

- Lightest 5.56/.223 Pistol In The World
- Made In USA
- Compact Design With No Buffer Tube
- Ergonomic Pistol Grip
- Integrated MIL-STD 1913 Picatinny Rail For Easy Mounting Of Optics And Accessories
- Extremely Low Recoil – Can Be Held And Shot With One Hand With Virtually No Muzzle Climb
- Crisp Trigger Pull Of 5.5 Lbs
- Reversible Safety To Accommodate Left Hand Shooters
- Why Pay Extra For Parts? Comes Standard With Front Anti-Slip Free Floating Hand Guard And Muzzle Brake!
- Integrated Winter Trigger Guard

**Find us on Facebook**

Extar EXP
Like  2,966

Extar EXP
via **New Frontier Armory**
August 5

EXTAR EXP-556 Pistols back in stock!!! Limited qty available before they go to backorder status so

Exclusively Distributed By

New Frontier Armory
150 East Centennial Parkway Suite #110
North Las Vegas, NV 89084-1337

Sales@NewFrontierArmory.com
Tel: 702.479.1470
Fax: 702.583.7314

© 2013 New Frontier Armory. All Rights Reserved.
Site maintained by: 702Multimedia



